# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| vs. | ) **CRIMINAL ACTION: 1:19-00095-KD-N-1** |
| | ) |
| **KENNETH ALLEN CLEM,** | ) |
|     Defendant. | ) |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 34) and without any objection having been filed by the parties, the Defendant's plea of guilty to COUNT TWO of the Indictment is now accepted, and the Defendant is adjudged guilty of such offense.

The sentencing hearing is scheduled for **May 19, 2020 at 11:00 a.m**. in Courtroom 4B of the United States Courthouse, 155 Saint Joseph St., Mobile Alabama, 36602.

**DONE** and **ORDERED** this the **11th** day of **May 2020.**

          /s/ Kristi K. DuBose
          **KRISTI K. DuBOSE**
          **CHIEF UNITED STATES DISTRICT JUDGE**